# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 30, 2023

Mr. Joshua Dos Santos
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Drew C. Ensign
Attorney General's Office for the State of Arizona
Solicitor General's Office
2005 N. Central Avenue
Phoenix, AZ 85004-1592

No. 22-30303   State of LA v. Centers for Disease
USDC No. 6:22-CV-885

Dear Counsel:

As the parties are aware, a relevant case to this one which was pending in the D.C. Circuit Court under Case No. 22-5325 (Huisha-Huisha v. Mayorkas) is currently in the United States Supreme Court under Case No. 22-592 (Arizona v. Mayorkas) (hereinafter, collectively, the "D.C. Case"). The parties have not fully briefed the effect, if any, of the results of the D.C. Case on this case pending in our court and whether it makes sense to hold this case in abeyance until the D.C. Case is fully concluded. Accordingly, the court requests that each side file a letter brief addressing what effect, if any, the D.C. Case could have on this case and whether or not this case should be held in abeyance pending that case, as well as the reason for the recommendation on the abeyance. The letter brief is due seven days from today.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charles Whitney*
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
- Mr. Ahilan T. Arulanantham
- Mr. Bryan Cleveland
- Mr. David Cohen
- Mr. Matt A. Crapo
- Mr. James Joseph Fitzpatrick III
- Ms. Laura Hill
- Mr. Thomas T. Hydrick
- Ms. Talia Inlender
- Ms. Monika Y. Langarica
- Mr. Anton Metlitsky
- Ms. Elizabeth Baker Murrill
- Ms. Victoria Neilson
- Mr. Leif A. Olson
- Ms. Breanna Philips
- Mr. John Robinson
- Mr. Dean John Sauer
- Mr. Peter Schey
- Ms. Lindsay Sara See
- Mr. Gerson H. Smoger
- Mr. Joseph Scott St. John
- Ms. Jessica Elizabeth Hart Steinmann
- Ms. Esther Sung
- Ms. Sharon Swingle
- Mr. Michael Everett Talent
- Ms. Karen Cassandra Tumlin
- Mr. Matthew Vogel
- Mr. Henry Charles Whitaker
- Mr. Eric B. Wolff
- Ms. Mary Catherine Yanik
- Mr. Walter S. Zimolong III