Case: 22-30303 Document: 223-1 Page: 1 Date Filed: 02/08/2023



Jeff Landry
*Attorney General*

# State of Louisiana
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 94005
BATON ROUGE
70804-9005

February 6, 2023

<u>VIA CM/ECF</u>

Lyle W. Cayce
Clerk of Court
United States Court of Appeals
Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *Louisiana v. CDC*, No. 22-30303

Dear Mr. Cayce,

Pursuant to Rule 28(j), the State Plaintiffs[1] respectfully submit Federal Defendants' Brief for Respondents, filed yesterday with the U.S. Supreme Court in *Arizona v. Mayorkas*, No. 22-592 (attached).

Two days ago, Federal Defendant-Appellants told this Court that it should hold this case in abeyance "to give time for the Supreme Court to take account of the recent developments." Fed. Def's 2/6/23 Ltr. Br. at 9. Yet the very next day, Federal Defendants told the Supreme Court that it should *refuse* to decide the merits in *Arizona v. Mayorkas*, instead arguing that the Court should "resolve the intervention dispute by vacating the court of appeals' order denying intervention and remanding with instructions to dismiss petitioners' motion as moot." Brief for Federal Respondents, *Arizona*, at 12 (Feb. 7, 2023). In other words, Federal Defendants requested that the Supreme Court refuse to decide the issue upon which it granted certiorari, and instead accede to the Executive's request that the issue presented be left undecided based on their forthcoming *third* unlawful attempt to circumvent the APA. *See* States' 2/6/23 Letter Br. at 5-6.

The upshot is that Federal Defendants are asking this Court to hold this appeal (and also one in the D.C. Circuit) in abeyance pending their request to have the Supreme Court *decline* to resolve the issue presented in *Arizona v. Mayorkas*. That amounts to a shell game: seeking to insulate their actions from review by

---

[1] This letter is filed on behalf of all State Plaintiffs except Arizona.

**1885 N. Third Street, Baton Rouge, LA 70802** • **Phone** (225) 326-6766 • **www.ag.state.la.us**

holding two cases in abeyance pending decision in a third action where they have asked the Court to decide *nothing*. By exploiting multiple moving pieces, Federal Defendants are seeking to ensure that *no* federal court resolves the lawfulness of their actions.

This obvious ploy to shield an unlawful decision from judicial review is distinctly inequitable and follows other inappropriate tactics by Federal Defendants, including DHS secretly and illegally implementing the Termination Order prematurely while the States' motion for a preliminary injunction was pending. *See* States' 2/6/23 Letter Br. at 5-6. This latest gambit thus provides further reason to deny their request for an abeyance.

                                      Sincerely,

                                      s/ Drew C. Ensign
                                      Drew C. Ensign
                                      Louisiana Special Assistant Solicitor General
                                      Counsel for State Plaintiffs

Word Count: 350

cc: Counsel of record through ECF