# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-30303

---

State of Louisiana; State of Arizona; State of Missouri; State of West Virginia; State of South Carolina, *et al*,

*Plaintiffs—Appellees*,

*versus*

Centers for Disease Control and Prevention; Rochelle Walensky; United States Department of Health and Human Services; Xavier Becerra; United States Department of Homeland Security, *et al*,

*Defendants—Appellants*,

Innovation Law Lab,

*Movant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-885

---

ORDER:

IT IS ORDERED that this appeal will be held in abeyance until May 11, 2023.

No. 22-30303

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT