# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 17, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 22-30303    State of LA v. Centers for Disease
                USDC No. 6:22-CV-885
```

The court has directed that any response by the Appellees and the Appellant Innovation Law Lab to the Federal Appellants' motion to vacate the preliminary injunction and remand the case to the district court with instruction to dismiss should be filed no later than noon on Friday, May 19, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. Ahilan T. Arulanantham
Mr. Charles F. Capps
Mr. Bryan Cleveland
Mr. David Cohen
Mr. Matt A. Crapo
Mr. Joshua Dos Santos
Mr. Drew C. Ensign
Mr. James Joseph Fitzpatrick III
Ms. Laura Hill
Mr. Thomas T. Hydrick
Ms. Talia Inlender
Ms. Monika Y. Langarica
Mr. Anton Metlitsky
Ms. Elizabeth Baker Murrill
Ms. Victoria Neilson
Mr. Leif A. Olson
Ms. Breanna Philips
Mr. John Robinson
Mr. Peter Schey

Ms. Lindsay Sara See
Mr. Gerson H. Smoger
Mr. Joseph Scott St. John
Ms. Jessica Elizabeth Hart Steinmann
Ms. Esther Sung
Ms. Sharon Swingle
Ms. Karen Cassandra Tumlin
Mr. Matthew Vogel
Mr. Henry Charles Whitaker
Mr. Eric B. Wolff
Ms. Mary Catherine Yanik
Mr. Walter S. Zimolong III