No. 22-30303

# In the United States Court of Appeals for the Fifth Circuit

STATES OF ARIZONA, LOUISIANA, MISSOURI et al.,
*Plaintiff-Appellees*,

*v.*

CENTERS FOR DISEASE CONTROL AND PREVENTION et al.,
*Defendant-Appellants*,

and

INNOVATION LAW LAB,
*Proposed-Intervenor-Defendants*.

On Appeal from the U.S. District Court for the
Western District of Louisiana, No. 6:22-cv-00885-RRS-CBW

**PETITIONER STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO FEDERAL DEFENDANTS' MOTION TO DISMISS**

Drew C. Ensign
  *Special Assistant Solicitor General*
  *Counsel of Record*
202 E. Earll Drive
Suite 490
Phoenix, AZ 85004
Phone: (602) 492-5969

**JEFF LANDRY**
**ATTORNEY GENERAL**
Elizabeth B. Murrill
  *Solicitor General*
J. Scott St. John
  *Deputy Solicitor General*
Louisiana Department Of Justice
1885 N. Third Street
Baton Rouge, LA 70802
Phone: (225) 326-6766

*Counsel for the State of Louisiana*

Dated: May 18, 2023

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff States ("States") respectfully seek a 7-day extension of time in which to file a response to Federal Defendants' May 12, 2023 motion to dismiss and for a *Munsingwear* vacatur, from May 19 at noon CDT to May 26 at noon CDT. The States seek this extension in light of intervening Supreme Court authority that was released just this afternoon, and request that the extension be made equally available to Proposed Intervenor Law Labs. Federal Defendants consent to this request, and Law Labs does not oppose it.

The Supreme Court released this afternoon an order resolving *Arizona v. Mayorkas*, No. 22-592, which also involved both the Title 42 System and Federal Defendants' contentions that case had become moot.[1] Given this intervening authority, the States request a short period of time to evaluate the decision and incorporate it, as appropriate, into their position and/or response. Such additional time would be particularly valuable given the size of the Plaintiffs' coalition, which includes more

---

[1] The decision is available at That decision is available at https://www.supremecourt.gov/opinions/22pdf/22-592_5hd5.pdf, and is also attached with this motion.

1

States (24) than there are hours available between the Supreme Court's decision and the States' current deadline to file a response.

The States recognize that the panel expedited their response to be due tomorrow at noon CDT. The States understand the panel's desire to resolve the mootness issues expeditiously and do not intend any undue delay. In the States' view, the intervening release of Supreme Court authority warrants a modest adjustment to that schedule and commit to filing a response within the extended time sought. The States will not seek any further extensions.

The interests of judicial economy will be served by an extension. The additional time will permit the States to evaluate whether this action is moot in light of the Supreme Court's decision. That, in turn, may streamline or greatly simplify the issues presented for this Court.

## CONCLUSION

For the foregoing reasons, this Court should grant the States' request for a 7-day extension. The extension should be extended to both the States and Law Labs.

Dated:  May 19, 2023                                    Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

| | |
|---|---|
| Drew C. Ensign | Elizabeth B. Murrill |
| *Special Assistant Solicitor General* | *Solicitor General* |
| *Counsel of Record* | J. Scott St. John |
| 202 E. Earll Drive | *Deputy Solicitor General* |
| Suite 490 | Louisiana Department Of Justice |
| Phoenix, AZ 85004 | 1885 N. Third Street |
| Phone:  (602) 492-5969 | Baton Rouge, LA 70802 |
| *  Counsel of Record | Phone:     225) 326-6766 |

*Counsel for the State of Louisiana*

## CERTIFICATE OF COMPLIANCE

This brief complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because it contains 353 words, excluding the parts exempted by Rule 32(f); and (2) the typeface and type style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the program used for the word count).

s/ Drew C. Ensign
Drew C. Ensign

## CERTIFICATE OF SERVICE

I, Drew C. Ensign, hereby certify that I electronically filed the foregoing Brief for Petitioners in with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on May 18, 2023, which will send notice of such filing to all registered CM/ECF users.

s/ Drew C. Ensign  
Drew C. Ensign