No. 22-30303

# In the United States Court of Appeals for the Fifth Circuit

STATES OF ARIZONA, LOUISIANA, MISSOURI et al.,

*Plaintiff-Appellees,*

*v.*

CENTERS FOR DISEASE CONTROL AND PREVENTION et al.,

*Defendant-Appellants,*

and

INNOVATION LAW LAB,

*Proposed-Intervenor-Defendants.*

On Appeal from the U.S. District Court for the
Western District of Louisiana, No. 6:22-cv-00885-RRS-CBW

**PLAINTIFF STATES' NOTICE REGARDING RESPONSE TO
DEFENDANTS' MAY 12, 2023 MOTION**

|  |  |
|---|---|
|  | **JEFF LANDRY** |
|  | **ATTORNEY GENERAL** |
| Drew C. Ensign | Elizabeth B. Murrill |
| *Special Assistant Solicitor General* | *Solicitor General* |
| *Counsel of Record* | J. Scott St. John |
| 202 E. Earll Drive | *Deputy Solicitor General* |
| Suite 490 | Louisiana Department Of Justice |
| Phoenix, AZ 85004 | 1885 N. Third Street |
| Phone: (602) 492-5969 | Baton Rouge, LA 70802 |
|  | Phone: (225) 326-6766 |

*Counsel for the State of Louisiana*

Dated: May 19, 2023

**NOTICE AND RESPONSE**

As the States explained in their unopposed motion for an extension of time, the States are not able to take a position on Defendants' motion at this time in light of the Supreme Court's intervening decision yesterday in *Arizona v. Mayorkas*, No. 22-592 (May 18, 2023), and the number of States in the States' coalition. That decision was released less than 24 hours before the States' expedited deadline to file a response, and the States are currently evaluating that decision.

The States are prepared to take such a position and file a response or supplements response by the time sought in their motion (noon CDT on May 26, 2023). Both Federal Defendants and Proposed Intervenor-Appellant Law Labs have agreed to that extension request. Given that the States' extension request is unopposed, and the appeal is otherwise being held in abeyance, this short delay should cause no prejudice to any party.

Dated:  May 19, 2023                              Respectfully submitted,

                                                  **JEFF LANDRY**
                                                  **ATTORNEY GENERAL**

Drew C. Ensign                                    Elizabeth B. Murrill
  *Special Assistant Solicitor General*             *Solicitor General*
  *Counsel of Record*                             J. Scott St. John
202 E. Earll Drive                                  *Deputy Solicitor General*
Suite 490                                         Louisiana Department Of Justice
Phoenix, AZ 85004                                 1885 N. Third Street
Phone:  (602) 492-5969                            Baton Rouge, LA 70802
\* Counsel of Record                              Phone:     225) 326-6766

*Counsel for the State of Louisiana*

## CERTIFICATE OF COMPLIANCE

This brief complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because it contains 150 words, excluding the parts exempted by Rule 32(f); and (2) the typeface and type style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the program used for the word count).

<u>s/ Drew C. Ensign</u>
Drew C. Ensign

## CERTIFICATE OF SERVICE

I, Drew C. Ensign, hereby certify that I electronically filed the foregoing Brief for Petitioners in with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on May 19, 2023, which will send notice of such filing to all registered CM/ECF users.

s/ Drew C. Ensign
Drew C. Ensign
