# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 19, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30303   State of LA v. Centers for Disease
                  USDC No. 6:22-CV-885

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Whitney M. Jett, Deputy Clerk
                              504-310-7772

Mr. Ahilan T. Arulanantham
Mr. Charles F. Capps
Mr. Bryan Cleveland
Mr. David Cohen
Mr. Matt A. Crapo
Mr. Joshua Dos Santos
Mr. Drew C. Ensign
Mr. James Joseph Fitzpatrick III
Ms. Laura Hill
Mr. Thomas T. Hydrick
Ms. Talia Inlender
Ms. Monika Y. Langarica
Mr. Anton Metlitsky
Mr. Tony R. Moore
Ms. Elizabeth Baker Murrill
Ms. Victoria Neilson
Mr. Leif A. Olson
Ms. Breanna Philips
Mr. John Robinson
Mr. Peter Schey
Ms. Lindsay Sara See
Mr. Gerson H. Smoger
Mr. Joseph Scott St. John
Ms. Jessica Elizabeth Hart Steinmann
Ms. Esther Sung
Ms. Sharon Swingle
Ms. Karen Cassandra Tumlin
Mr. Matthew Vogel
Mr. Henry Charles Whitaker
Mr. Eric B. Wolff
Ms. Mary Catherine Yanik
Mr. Walter S. Zimolong III