**No. 22-30303**

# In the United States Court of Appeals for the Fifth Circuit

STATES OF ARIZONA, LOUISIANA, MISSOURI et al.,

*Plaintiff-Appellees,*

*v.*

CENTERS FOR DISEASE CONTROL AND PREVENTION et al.,

*Defendant-Appellants,*

and

INNOVATION LAW LAB,

*Proposed-Intervenor-Defendants.*

On Appeal from the U.S. District Court for the
Western District of Louisiana, No. 6:22-cv-00885-RRS-CBW

**PLAINTIFF STATES' RESPONSE TO
FEDERAL DEFENDANTS' MOTION TO DISMISS**

|  |  |
|---|---|
|  | **JEFF LANDRY** |
|  | **ATTORNEY GENERAL** |
| Drew C. Ensign | Elizabeth B. Murrill |
| *Special Assistant Solicitor General* | *Solicitor General* |
| *Counsel of Record* | J. Scott St. John |
| 202 E. Earll Drive | *Deputy Solicitor General* |
| Suite 490 | Louisiana Department Of Justice |
| Phoenix, AZ 85004 | 1885 N. Third Street |
| Phone: (602) 492-5969 | Baton Rouge, LA 70802 |
|  | Phone: (225) 326-6766 |

*Counsel for the State of Louisiana*

Dated: May 26, 2023

# RESPONSE

The Plaintiff States take no position as to whether Federal Defendants' May 12, 2023 motion to dismiss on mootness grounds and for a *Munsingwear* vacatur should be granted.

Dated: May 26, 2023　　　　　　　　　　Respectfully submitted,

|  |  |
|---|---|
|  | **JEFF LANDRY** <br> **ATTORNEY GENERAL** |
| Drew C. Ensign <br>   *Special Assistant Solicitor General* <br>   *Counsel of Record* <br> 202 E. Earll Drive <br> Suite 490 <br> Phoenix, AZ 85004 <br> Phone: (602) 492-5969 <br> * Counsel of Record | Elizabeth B. Murrill <br>   *Solicitor General* <br> J. Scott St. John <br>   *Deputy Solicitor General* <br> Louisiana Department Of Justice <br> 1885 N. Third Street <br> Baton Rouge, LA 70802 <br> Phone:　　225) 326-6766 |

*Counsel for the State of Louisiana*

## CERTIFICATE OF COMPLIANCE

This brief complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because it contains 27 words, excluding the parts exempted by Rule 32(f); and (2) the typeface and type style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the program used for the word count).

s/ Drew C. Ensign<br>
Drew C. Ensign

## CERTIFICATE OF SERVICE

I, Drew C. Ensign, hereby certify that I electronically filed the foregoing Brief for Petitioners in with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on May 26, 2023, which will send notice of such filing to all registered CM/ECF users.

s/ Drew C. Ensign  
Drew C. Ensign