# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2023

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

No. 22-30303    State of LA v. Centers for Disease
USDC No. 6:22-CV-885

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc w/encl:
    Mr. Ahilan T. Arulanantham
    Mr. Charles F. Capps
    Mr. Bryan Cleveland
    Mr. David Cohen
    Mr. Matt A. Crapo
    Mr. Joshua Dos Santos
    Mr. Drew C. Ensign
    Mr. James Joseph Fitzpatrick III
    Ms. Laura Hill
    Mr. Thomas T. Hydrick
    Ms. Talia Inlender
    Ms. Monika Y. Langarica
    Mr. Anton Metlitsky
    Ms. Elizabeth Baker Murrill

Ms. Victoria Neilson
Mr. Leif A. Olson
Ms. Breanna Philips
Mr. John Robinson
Mr. Peter Schey
Ms. Lindsay Sara See
Mr. Gerson H. Smoger
Mr. Joseph Scott St. John
Ms. Jessica Elizabeth Hart Steinmann
Ms. Esther Sung
Ms. Sharon Swingle
Ms. Karen Cassandra Tumlin
Mr. Matthew Vogel
Mr. Henry Charles Whitaker
Mr. Eric B. Wolff
Ms. Mary Catherine Yanik
Mr. Walter S. Zimolong III